UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROUSE XEZAKIA,

          Plaintiff,

    v.

CALIFORNINA FORENSIC MEDICAL GROUP, INC., and JASON FERRONI,

        Defendants.

Case No.  3:14-cv-0306 JCS (PR)

**ORDER OF DISMISSAL**

    Plaintiff has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00.  His IFP application is incomplete because it does not contain a Certificate of Funds signed by an authorized prison officer.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).[1]  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain (1) a Certificate of Funds signed by an authorized prison officer, or (2) full payment for the filing fee of $350.00.

    Plaintiff's IFP application (Docket No. 2) is DENIED as insufficient.  The Clerk shall terminate Docket No. 2, enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

Dated:  March 10, 2014

_____

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] Plaintiff has consented to magistrate judge jurisdiction.  The magistrate, then, has jurisdiction to decide this motion, even though defendants have not been served or consented to magistrate jurisdiction.  *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995) (holding that magistrate judge had jurisdiction to dismiss prison inmate's action under 42 U.S.C. § 1983 as frivolous without consent of defendants because defendants had not been served yet and therefore were not parties).

United States District Court
Northern District of California