UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEZAKIA ROUSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-00306-JCS (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS ON OR BEFORE JULY 15, 2014** |

　　This federal civil rights action was dismissed because plaintiff failed to file an *in forma pauperis* ("IFP") application by the deadline. Plaintiff has since filed a motion to reopen (Docket No. 9). The motion to reopen is GRANTED. The judgment (Docket No. 6) and the order of dismissal (Docket No. 5) are VACATED.

　　Plaintiff still needs to file a complete IFP application. A new application shall be sent to him. He shall file a complete IFP application on or before July 15, 2014. Failure to file the application by the deadline will result in the dismissal of the action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. **No extensions of time will be granted.**

　　**IT IS SO ORDERED.**

**Dated:** June 3, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEZAKIA ROUSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-00306-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 6/3/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Xezakia  Rouse
Central New Mexico Correctional Facility Unit 4B-F-106
P.O. Drawer 1328
Los Lunas, NM 87031


Dated: 6/3/2014

　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO