UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEZAKIA ROUSE,<br>　　　　Plaintiff,<br>　v.<br>JASON FERRONI,<br>　　　　Defendant. | Case No.  14-cv-00306-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago.  Accordingly, the action is hereby DISMISSED without prejudice because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

Dated: June 26, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEZAKIA ROUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON FERRONI,<br><br>    Defendant. | Case No.  14-cv-00306-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Xezakia Rouse ID: #60950
Guadalupe County Correctional Facility
P.O. Box 520
Santa Rosa, NM 88435

Dated: June 26, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to Chief
Magistrate JOSEPH C. SPERO

2